Email: mflomenhaft@brainjusticeny.com

January 16, 2020

**VIA ECF AND FAX: (212) 805-7927**
The Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

                          Re: *Ibroci v. Ivan Sergio Idrovo and JC Transport Inc.*
                          S.D.N.Y. Case No.: 17-cv-01449-NRB

Dear Judge Buchwald:

    I am the attorney for the Plaintiffs. I am writing to request an adjournment of the conference currently scheduled for January 22, 2020. I was hospitalized for over a week due to Rhabdomyolysis; I was released on January 10th and I am currently homebound. I will require at least a month to regain the ability to walk. I therefore request an adjournment of the January 22, 2020 conference to early March.

    Thank you for your consideration.

                                                   Very truly yours,

                                                   Michael Flomenhaft (MF0383)

CC:    (via ECF)
          Thomas A. Catalano, Esq.
          Lester Schwab Katz & Dwyer, LLP
          100 Wall Street
          New York, New York 10005-3701