# THE FLOMENHAFT LAW FIRM, PLLC

90 Broad Street, Suite 1901 • New York, NY 10004
Phone: 646-747-0300 • Fax: 646-747-0301
www.brainjusticeny.com

Email: jhoch@brainjusticeny.com

April 23, 2020

**VIA ECF**
The Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Application granted.
> Dated: April 23, 2020
>
> */s/ Naomi Reice Buchwald*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE

Re: *Ibroci v. Ivan Sergio Idrovo and JC Transport Inc.*
S.D.N.Y. Case No.: 17-cv-01449-NRB

Dear Judge Buchwald:

    I represent the plaintiffs. I am writing to request a two (2) week extension of our time to file a motion to reargue or reconsider your April 9, 2020 Memorandum and Order re: Dr. Davatzikos. As I explained in yesterday's letter, my office first received that Order yesterday. We have consulted with Dr. Davatzikos regarding the Order and we expect to have a decision from him within a few days. I am requesting this extension to preserve our procedural rights as we await Dr. Davatzikos' decision. Mr. Catalano consented by telephone to my request for a two (2) week adjournment.

    Thank you for your consideration.

Respectfully submitted,

Jordan Hoch (JH8983)

CC (via ECF):
Thomas A. Catalano, Esq.
Lester Schwab Katz & Dwyer, LLP
100 Wall Street
New York, New York 10005-3701